# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1675

Elizabeth Sturgill v. Commissioner Social Security

(U.S. District Court No.: 2-18-cv-02392)

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate. In light of this order no action will be taken on Appellee's Motion to Summarily Affirm.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 14, 2020
LMR/cc: Ms. Kate Barkman,
M. Jared Littman, Esq.
Robert Savoy, Esq.

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate